United States District Court
Southern District of Texas
**ENTERED**
July 11, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Estate of Hector Salas, Jr., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| *versus* | § § | Civil Action H-19-4479 |
| The City of Galena Park, *et al.*, | § § | |
| Defendants. | § § | |

## Order to Amend

1. By August 12, 2022, the Estate of Hector Salas, Jr., must amend the complaint consistent with the Court of Appeals's ruling and must include *FACTS* – not legal conclusions – to support its claims.

2. By August 26, 2022, the parties must jointly report concrete and detailed next steps to advance the litigation.

Signed on July \_11\_, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge